## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

**ROBERT WELLS**                                                                  **PLAINTIFF**

**V.**                                                 **NO: 3:19CV210-M-P**

**C.R. BARD, INC. and BARD**                              **DEFENDANTS**
**PERIPHERAL VASCULAR, INC.**

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO FILE CERTAIN EXHIBITS UNDER SEAL

The Court, having considered Defendants' Unopposed Motion to File Certain Exhibits Under Seal (the "Motion to Seal"), finds the Motion to Seal is well taken and is **GRANTED**.

It is, therefore, **ORDERED** that, given the voluminous amount of Health Insurance Portability and Accountability Act (HIPPA) protected information contained with the exhibits, Defendants may file under seal, the following:

- Exhibits D, E, F, G, H, J, K and L to Defendants' Dispositive Motion filed at Dkt. No. 74.

- Exhibits B and C to Defendants' Motion to Limit or Exclude Certain Opinions and Testimony of Leigh Anne Levy, RN. filed at Dkt. No. 70.

- Exhibits B and C to Defendants' Motion to Limit or Exclude Certain Opinions and Testimony of Alexander Marmureanu, M.D. filed at Dkt. No. 72.

It is further **ORDERED** that these exhibits be permanently sealed from public access only, with CM/ECF access permitted to all parties and counsel of record.

So **ORDERED**, this 24th day of August, 2021.

                                                 **/s/** Michael P. Mills
                                                 **UNITED STATES DISTRICT JUDGE**
                                                 **NORTHERN DISTRICT OF MISSISSIPPI**