# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

ROBERT M. WELLS,

    *Plaintiff*,

v.

C. R. BARD, INC., and BARD PERIPHERAL VASCULAR, INC.,

    *Defendants*.

Case No. 3:19-cv-00210-MPM-RP

## ORDER GRANTING JOINT MOTION FOR STAY

The Court having reviewed the Parties' Notice of Settlement and Joint Motion to Stay Case, and good cause appearing therefore, hereby enters the following Order.

**IT IS HEREBY ORDERED** that all proceedings, including discovery, all pretrial, and trial deadlines, are **STAYED** for 90 days pending Plaintiff's dismissal.

**IT IS FURTHER ORDERED** that any hearings currently set are continued until further notice of the Court.

**IT IS FURTHER ORDERED** that if a dismissal has not been filed at the end of the 90-day stay, the Parties shall file a Joint Status Report regarding the status of the settlement.

This 28th day of October, 2021.

           /s/ Michael P. Mills
           **UNITED STATES DISTRICT JUDGE**
           **NORTHERN DISTRICT OF MISSISSIPPI**